# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACCESSIBE LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  22-792-CFC |
| v. | ) | |
| | ) | |
| AUDIOEYE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

Subject to the approval of the Court, Plaintiff accessiBe Ltd. and Defendant AudioEye, Inc. jointly stipulate pursuant to Fed. R. Civ. P. 41(a) to dismiss this action without prejudice.  Each party will bear its own costs and attorneys' fees.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Steven J. Balick*<br>Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Plaintiff accessiBe Ltd.* | *Attorneys for Defendant AudioEye, Inc.* |

Dated:  October 26, 2022

{01849928;v1 }

**SO ORDERED** this ___26th___ day of October 2022.

_____
The Honorable Colm F. Connolly

{01849928;v1 }

2